

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BIANCA R. PUCCI
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUES ANTON LANIER,<br>A.k.a. "John Dupree,"<br><br>Defendant. | **SEALED<br>CRIMINAL INDICTMENT**<br><br>Case No. 2:19-cr- 327<br><br>**VIOLATIONS:**<br><br>18 U.S.C. §2422(b) – Coercion and Enticement<br><br>18 U.S.C. §1512(b) – Tampering with a Witness, Victim, or an Informant<br><br>18 U.S.C. § 1591(a) and (b)(2) – Sex Trafficking of Children<br><br>18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct<br><br>18 U.S.C. § 1470 – Transfer of Obscene Material to Minor |

///

///

1

1    **THE GRAND JURY CHARGES THAT:**

2    <u>COUNT ONE</u>
     **Coercion and Enticement**

3

4    Beginning on or about April 14, 2017, and continuing to on or about September 5,

     2017, in the State and Federal District of Nevada,
5

6    **JACQUES ANTON LANIER**
     **A.k.a. "John Dupree,"**

7    defendant herein, while using a facility and means of interstate and foreign commerce, did

8    knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #2, who had not

9    attained the age of 18 years, to engage in prostitution and any sexual activity for which any

10   person could be charged with a criminal offense, to wit: *sex trafficking*, in violation of Nevada

11   Revised Statutes, Section 201.300(2)(a)(1); and *sex trafficking of children*, in violation of Title 18,

12   United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section

13   2422(b).

14   <u>COUNT TWO</u>
     **Tampering with a Witness**

15

16   Beginning on or about April 12, 2018, and continuing to on or about March 12, 2019,

     in the State and Federal District of Nevada,
17

18   **JACQUES ANTON LANIER**
     **A.k.a. "John Dupree,"**

19

20   defendant herein, did knowingly intimidate, threaten and corruptly persuade Victim #2:

21   (a)     with the intent to cause and induce Victim #2 to evade legal process summoning

22           Victim #2 to appear as a witness in an official proceeding, to wit, a federal

23           criminal prosecution against defendant for *coercion and enticement*, in violation of

24           Title 18, United States Code, Section 2422(b), and

1      (b)      with the intent to hinder, delay, and prevent the communication to a law

2               enforcement officer and judge of the United States, of information relating to the

3               commission and possible commission of a Federal offense, to wit, threatening to

4               disclose Victim #2's past sexual conduct to her parents if she testified in criminal

5               proceedings in court against defendant and coercing Victim #2 to send a

6               notarized letter to law enforcement falsely recanting a prior statement made to

7               law enforcement as being "given under duress and duplicity,"

8   and attempted to do so, all in violation of Title 18, United States Code, Section 1512(b)(2)(C)

9   and (b)(3).

10                              **COUNT THREE**
                            **Coercion and Enticement**
11

12          Beginning on or about May 4, 2017, and continuing to on or about August 31, 2017, in

    the State and Federal District of Nevada,
13

                              **JACQUES ANTON LANIER**
14                            **A.k.a. "John Dupree,"**

15   defendant herein, while using a facility and means of interstate and foreign commerce, did

16   knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #3, who had not

17   attained the age of 18 years, to engage in prostitution and any sexual activity for which any

18   person could be charged with a criminal offense, to wit: *lewdness with a child*, in violation of

19   Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

20   Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

21   Section 201.300(2)(a)(1); *sexual exploitation of children*, in violation of Title 18, United States

22   Code, Section 2251(a); and *sex trafficking of children*, in violation of Title 18, United States Code,

23   Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

24

1

## COUNT FOUR
### Coercion and Enticement

2

3

Beginning on or about April 18, 2017, and continuing to on or about December 6, 2017,

in the State and Federal District of Nevada,

4

5

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

6

defendant herein, while using a facility and means of interstate and foreign commerce, did

7

knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #4, who had not

8

attained the age of 18 years, to engage in prostitution and any sexual activity for which any

9

person could be charged with a criminal offense, to wit: *lewdness with a child*, in violation of

10

Nevada Revised Statutes, Section 201.230(1)(a); *sexual assault*, in violation of Nevada Revised

11

Statutes, Section 200.366(1)(b); *statutory sexual seduction*, in violation of Nevada Revised

12

Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes, Section

13

201.300(2)(a)(1); and *sex trafficking of children*, in violation of Title 18, United States Code,

14

Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

15

## COUNT FIVE
### Coercion and Enticement

16

17

Beginning on or about August 5, 2017, and continuing to on or about October 16, 2017,

in the State and Federal District of Nevada,

18

19

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

20

defendant herein, while using a facility and means of interstate and foreign commerce, did

21

knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #5, who had not

22

attained the age of 18 years, to engage in prostitution and any sexual activity for which any

23

person could be charged with a criminal offense, to wit: *lewdness with a child*, in violation of

24

1   Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

2   Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

3   Section 201.300(2)(a)(1); *sexual exploitation of children*, in violation of Title 18, United States

4   Code, Section 2251(a); and *sex trafficking of children*, in violation of Title 18, United States Code,

5   Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT SIX
### Sex Trafficking of Children

6

7

8          Beginning on or about August 5, 2017, and continuing to on or about October 16, 2017,

9   in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

10

11   defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit,

12   entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any

13   means, Victim #5, having had a reasonable opportunity to observe Victim #5 and knowing and

14   in reckless disregard of the fact that Victim #5 had not attained the age of 18 years, and

15   knowing and in reckless disregard that Victim #5 would be caused to engage in a commercial

16   sex act, all in violation of 18 United States Code, Section 1591(a) and (b)(2).

## COUNT SEVEN
### Coercion and Enticement

17

18

19          Beginning on or about April 30, 2017, and continuing to on or about August 28, 2017,

20   in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

21

22

23   defendant herein, while using a facility and means of interstate and foreign commerce, did

24   knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #6, who had not

1   attained the age of 18 years, to engage in prostitution and any sexual activity for which any

2   person could be charged with a criminal offense, to wit: *sex trafficking* in violation of Nevada

3   Revised Statutes, Section 201.300(2)(a)(1); and *sex trafficking of children* in violation of Title 18,

4   United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section

5   2422(b).

6                                    **COUNT EIGHT**
                                **Sex Trafficking of Children**

7

8           Beginning on or about April 30, 2017, and continuing to on or about August 28, 2017,

    in the State and Federal District of Nevada,

9

                                    **JACQUES ANTON LANIER**
10                                     **A.k.a. "John Dupree,"**

11

12  defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit,

    entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any
13
    means, Victim #6, having had a reasonable opportunity to observe Victim #6 and knowing and
14
    in reckless disregard of the fact that Victim #6 had not attained the age of 18 years, and
15
    knowing and in reckless disregard that Victim #6 would be caused to engage in a commercial
16
    sex act, all in violation of 18 United States Code, Section 1591(a) and (b)(2).
17
                                    **COUNT NINE**
18                                 **Coercion and Enticement**

19          Beginning on or about August 30, 2017, and continuing to on or about November 30,

20  2017, in the State and Federal District of Nevada,

21                                  **JACQUES ANTON LANIER**
                                       **A.k.a. "John Dupree,"**
22

23  defendant herein, while using a facility and means of interstate and foreign commerce, did

24

1  knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #7, who had not

2  attained the age of 18 years, to engage in prostitution and any sexual activity for which any

3  person could be charged with a criminal offense, to wit: *lewdness with a child* in violation of

4  Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

5  Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

6  Section 201.300(2)(a)(1); *sexual exploitation of children*, in violation of Title 18, United States

7  Code, Section 2251(a); and *sex trafficking of children*, in violation of Title 18, United States Code,

8  Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TEN
### Coercion and Enticement

Beginning on or about August 9, 2017, and continuing to on or about November 29,

2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

defendant herein, while using a facility and means of interstate and foreign commerce, did

knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #8, who had not

attained the age of 18 years, to engage in prostitution and any sexual activity for which any

person could be charged with a criminal offense, to wit: *lewdness with a child*, in violation of

Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

Section 201.300(2)(a)(1); and *sex trafficking of children*, in violation of Title 18, United States

Code, Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT ELEVEN
### Sex Trafficking of Children

Beginning on or about August 9, 2017, and continuing to on or about November 29, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, Victim #8, having had a reasonable opportunity to observe Victim #8 and knowing and in reckless disregard of the fact that Victim #8 had not attained the age of 18 years, and knowing and in reckless disregard that Victim #8 would be caused to engage in a commercial sex act, all in violation of 18 United States Code, Section 1591(a) and (b)(2).

## COUNT TWELVE
### Coercion and Enticement

Beginning on or about August 31, 2017, and continuing to on or about September 7, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

defendant herein, while using a facility and means of interstate and foreign commerce, did knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #10, who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, to wit: *human trafficking*, in violation of California Penal Code, Section 236.1; *unlawful sexual intercourse with a person under 18-years-old*, in violation of California Penal Code, Section 261.5; *lewd or lascivious acts*, in violation of

California Penal Code, Section 288 (effective September 9, 2010 to December 31, 2018); *oral copulation*, in violation of California Penal Code, Section 288a (effective September 9, 2013 to December 31, 2018); *sex trafficking of children*, in violation of Title 18, United States Code, Section 1591(a); and *sexual exploitation of children*, in violation of Title 18, United States Code, Section 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT THIRTEEN
### Sex Trafficking of Children

Beginning on or about August 31, 2017, and continuing to on or about September 7, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, Victim #10, having had a reasonable opportunity to observe Victim #10 and knowing and in reckless disregard of the fact that Victim #10 had not attained the age of 18 years, and knowing and in reckless disregard that Victim #10 would be caused to engage in a commercial sex act, all in violation of 18 United States Code, Section 1591(a) and (b)(2).

## COUNT FOURTEEN
### Travel with Intent to Engage in Illicit Sexual Conduct

Beginning on or about August 31, 2017, and continuing to on or about September 7, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

defendant herein, traveled in interstate commerce, with a motivating purpose of engaging in any illicit sexual conduct with Victim #10, all in violation of 18 United States Code, Section 2423(b).

<div align="center">

**COUNT FIFTEEN**
**Transfer of Obscene Material to Minor**

</div>

Beginning on or about August 31, 2017, and continuing to on or about September 7, 2017, in the State and Federal District of Nevada,

<div align="center">

**JACQUES ANTON LANIER**
**A.k.a. "John Dupree,"**

</div>

defendant herein, did knowingly, and attempted to, while using the mail and any facility and means of interstate and foreign commerce, transfer obscene matter to Victim #10 who had not attained the age of 16 years, knowing that Victim #10 had not attained the age of 16 years, all in violation of Title 18, United States Code, Sections 1470.

<div align="center">

**FORFEITURE ALLEGATION ONE**
**Coercion and Enticement and Travel with Intent to Engage in Illicit Sexual Conduct**

</div>

1.      The allegations contained in Counts One, Three, Four, Five, Seven, Nine, Ten, Twelve, and Fourteen of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2428(a)(1) and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c).

2.      Upon conviction of any of the felony offenses charged in counts One, Three Four, Five, Seven, Nine, Ten, Twelve, and Fourteen of this Criminal Indictment,

<div align="center">

**JACQUES ANTON LANIER**
**A.k.a. "John Dupree,"**

</div>

1  defendant herein, shall forfeit to the United States of America, any property, real or

2  personal, that was used or intended to be used to commit or to facilitate the commission of

3  violations of 18 U.S.C. §§ 2422(b) and 2423(b):

4  defendant herein, shall forfeit to the United States of America, any property, real or

5  personal, used or intended to be used to commit or to facilitate the commission of any violation

6  of 18 U.S.C. §§ 2422(b) and 2423(b):

7       a.  Samsung Galaxy S8 cellular phone, IMEI 355987083990480.

8       b.  Green Vibrator recovered from 1827 W. Gowan, #2148, North Las Vegas,

9         Nevada, on December 21, 2017.

10    3.  All pursuant to 18 U.S.C. §§ 2422(b), 2423(b), and 2428(a)(1) and 18 U.S.C.

11  § 2428(b)(1)(A) with 28 U.S.C. § 2461(c).

12  <center>**FORFEITURE ALLEGATION TWO**
**Sex Trafficking of Children**</center>

13    1.  The allegations contained in Counts Six, Eight, Eleven, and Thirteen of this

14  Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose

15  of alleging forfeiture pursuant to 18 U.S.C. § 1594(d)(1).

16    2.  Upon conviction of any of the felony offenses charged in Counts Six, Eight,

17  Eleven, and Thirteen of this Criminal Indictment,

18  <center>**JACQUES ANTON LANIER**
**A.k.a. "John Dupree,"**</center>

20  defendant herein, shall forfeit to the United States of America, any property, real or

21  personal, that was involved in, used, or intended to be used to commit or to facilitate the

22  commission of 18 U.S.C. § 1591(a), and any property traceable to such property:

<center>11</center>

1.      a.      Samsung Galaxy S8 cellular phone, IMEI 355987083990480.

2.      b.      Green Vibrator recovered from 1827 W. Gowan, #2148, North Las

3.      Vegas, Nevada, on December 21, 2017.

4.     3.     All pursuant to 18 U.S.C. §§ 1591(a) and 1594(d)(1).

5

### FORFEITURE ALLEGATION THREE
**Transfer of Obscene Material to Minors**

6

7     1.     The allegations contained in Count Fifteen of this Criminal Indictment are

hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture

8  pursuant to 18 U.S.C. § 1467(a)(1) and 1467(a)(3).

9

10     2.     Upon conviction of any of the felony offenses charged in Count Fifteen of this

Criminal Indictment,

11

### JACQUES ANTON LANIER
### A.k.a. "John Dupree,"

12

13     defendant herein, shall forfeit to the United States of America, any obscene material

14  produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 1470:

15     defendant herein, shall forfeit to the United States of America, any property, real or

16  personal, used or intended to be used to commit or to promote the commission of 18 U.S.C.

17  § 1470:

18      a.      Samsung Galaxy S8 cellular phone, IMEI 355987083990480.

19      b.      Green Vibrator recovered from 1827 W. Gowan, #2148, North Las

20      Vegas, Nevada, on December 21, 2017.

21

22

23

24

1    3.    All pursuant to 18 U.S.C. §§ 1467(a)(1), 1467(a)(3), and 1470.

2

3    **DATED** this 31st day of December, 2019.

4    **A TRUE BILL:**

5

            /S/
6                                    FOREPERSON OF THE GRAND JURY

7

8    NICHOLAS A. TRUTANICH
     United States Attorney

9

10   *Bianca R. Pucci*

11   BIANCA R. PUCCI
     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24