**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:19-cr-00327-GMN-VCF |
| vs. | **ORDER** |
| JACQUES ANTON LANIER, | |
| Defendant. | |

Before the court is the Motion to Withdraw as Attorney (ECF NO. 26).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw as Attorney (ECF NO. 26) is scheduled for 3:00 PM, February 19, 2020, in Courtroom 3D.

The U.S. Marshal is directed to transport Jacques Anton Lanier to and from the hearing.

DATED this 10th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE