NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER, a.k.a.<br>"John Dupree,"<br><br>               Defendant. | Case No. 2:19-cr-00327-GMN-VCF<br><br>**Stipulation to Advance Hearing Time** |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Jason R. Margolis, Esq., counsel for JACQUES ANTON LANIER, that the motion hearing currently scheduled March 2, 2020, at 3:00 p.m., be advanced in time only to a time convenient to the Court on the morning of March 2, 2020.

    The Advancement in time is entered into for the following reasons:

    1.    The government is seeking the advancement in time due to a conflict in schedule.

///

///

///

///

2. The defendant is incarcerated and does not object to the advancement in time.

3. The parties agree to the advancement in time.

DATED: February 28, 2020

YAMPOLSKY & MARGOLIS
JASON R. MARGOLIS, Esq.

NICHOLAS A. TRUTANICH
United States Attorney

By_____/s/ Jason R. Margolis_____

By_____/s/ Bianca R. Pucci_____

JASON R. MARGOLIS
Assistant Federal Public Defender
Attorney for Jacques Anton Lanier

BIANCA R. PUCCI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    Plaintiff,

VS.

JACQUES ANTON LANIER, a.k.a.
"John Dupree,"

                    Defendant.

Case No. 2:19-cr-00327-GMN-VCF

**Order**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    The government seeks the advancement in time due to a conflict in schedule.

2.    The defendant is incarcerated and does not object to the advancement in time.

3.    The parties agree to the advancement in time.

## ORDER

**IT IS THEREFORE ORDERED** that the preliminary hearing is advanced in time only to 10:00 AM, on March 2, 2020.


DATED this 28th day of February 2020.


_____
UNITES STATES MAGISTRATE JUDGE