March 19, 2020
Case 2:19-CR-00327-GMN-VCF

To Magistrate Judge Ferenbach,

Two Weeks ago Attorney Jason Margolis' Office informed me that Attorney Damione Sheets, has been Appointed as The New CJA Panel Attorney, By The U.S. District Court, to Represent me. The contact Information provided By Jason Margolis for Attorney Sheets, was 726 S. Casino Center Blvd., Las Vegas, NV., 89101 @ (702) 598-1299; this information is confirmed By Attorney Sheets, Website.

I have had two Scheduled Phone Appointments, via The Receptionist @ (702) 598-1299, only to receive an Answering Machine on both occassions. On 3/19/20, an unknown male answered @ (702) 598-1299, and stated that The Office Number for Attorney Sheets, Website was incorrect and the correct Number is (702) 598-2199; that Number is Not in Service.

It has been Two Weeks since Attorney Sheets, appointment, and as of todays date I have yet Received an Introduction Letter and/or confirmation Letter from Attorney Sheets; therefore I've had No contact with Attorney Damione Sheets. I've been attempting to Contact Attorney Sheets, to discuss the Filing of Potential Motions. Attorney Sheets, needs to be informed that I invoked my Speedy Trial Right

Case Manager Bryant-Stevens @ N.S.D.C., Investigation in attempting to locate Attorney Sheets, also Resulted in (702) 598-1299.

___ FILED   ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 20 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Respectfully Submitted,
Jacques A. Lanier
Jacques A. Lanier 25408048
N.S.D.C.
2190 E. Mesquite Way
Pahrump, NV. 89060

CC: Attorney Damione Sheets

Jacques Lanier 85948048
N.D.C.
2120 E. Mesquite Ave.
Pahrump, NV. 89060

BB

LEGAL

This correspondence originated
from a detention facility.
The facility is not responsible
for the contents herein.

8910137059

LAS VEGAS NV 890
19 MAR 2020 PM 4 L

FILED
_____
ENTERED
MAR 20 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

Atth: Clerk of the Court
U.S. District Court
C/o Magistrate Judge Ferenbach
333 Las Vegas Blvd., South
Las Vegas, Nevada 89101

FOREVER / USA