# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-cr-00327-GMN-VCF |
| vs. | **ORDER** |
| JACQUES ANTON LANIER, | |
| Defendant. | |

Before the Court are Defendant Jacques Anton Lanier's Letter dated May 21, 2020 (ECF No. 48) and Letter dated May 28, 2020 (ECF No. 49).

Damian Sheets, Esq. was appointed as counsel of record for Mr. Lanier on March 2, 2020. (ECF No. 38). Mr. Lanier filed the instant letters on his own behalf. (ECF No. 48 & 49).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE the Defendant Jacques Anton Lanier's Letter dated May 21, 2020 (ECF No. 48) and Letter dated May 28, 2020 (ECF No. 49) from the docket.

IT IS SO ORDERED.

DATED this 28th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE