# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-cr-00327-GMN-VCF |
| vs. | **ORDER** |
| JACQUES ANTON LANIER, | |
| Defendant. | |

Before the Court is Jacques Anton Lanier's Letter dated June 1, 2020 (ECF No. 51).

Damian R Sheets, Esq. was appointed as counsel of record for Lanier on March 2, 2020. (ECF No. 38). Lanier filed the instant letter on his own behalf. (ECF No. 51). His letter addresses my order ECF No. 32.

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Lanier's letter ECF No. 51 from the docket.

DATED this 12th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE