# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER,<br><br>     Defendant. | Case No.: 2:19-cr-00327-GMN-VCF<br><br><br>**ORDER APPOINTING CO-COUNSEL** |

Appointed counsel for defendant JACQUES ANTON LANIER, Christopher Oram, has filed a motion for the appointment of co-counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. (ECF NO. 94). In his motion, attorney Oram addresses the special needs of the case and its level of complexity. For good cause shown, the motion is GRANTED. I appoint Nancy Lemcke as co-counsel for defendant JACQUES ANTON LANIER. As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judiciary Policy, I find that the appointment of co-counsel in this difficult case is necessary and in the interest of justice. Ms. Lemcke will be compensated at the maximum hourly rate established by the Judicial Conference of the United States. Guide to Judiciary Policy, Vol. 7A, § 230.16.

DATED: May 4, 2021

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE