CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

NANCY M. LEMCKE, ESQ.
Nevada Bar No. 5416
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 902-6691
Nancy.Lemcke@LemckeLawLV.com
*Attorneys for Jacques Anton Lanier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER,<br>　　　　　Defendant. | CASE NO: 2:19-cr-327-GMN-VCF-1<br><br>**STIPULATION TO EXTEND DEADLINE FOR REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT [ECF NO. 108]**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by JACQUES LANIER, by and through his attorneys, CHRISTOPHER R. ORAM, ESQ., and NANCY M. LEMCKE, ESQ., and the United States of America, by and through BIANCA R. PUCCI, ESQ., Assistant United States Attorney, that the deadline to file Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment [ECF No. 108], which is currently due on May 31, 2021, be extended to June 9, 2021.

/ / /

/ / /

1

The stipulation is entered for the following reasons:

1. Defense Counsel requires additional time to reply to each of the Government's issues in a thorough manner.

2. JACQUES LANIER is in custody, and he does not oppose the requested continuance.

3. The parties agree to the extension.

4. The additional time requested herein is sought in good faith and not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: May 26, 2021

Respectfully submitted,

/s/ Christopher R. Oram
Christopher R. Oram, Esq.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Attorney for Jacques Lanier

/s/ Bianca R. Pucci
Bianca R. Pucci, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Attorney for the United States of America

/s/ Nancy M. Lemcke
Nancy M. Lemcke, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorney for Jacques Lanier

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

NANCY M. LEMCKE, ESQ.
Nevada Bar No. 5416
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 902-6691
Nancy.Lemcke@LemckeLawLV.com
*Attorneys for Jacques Anton Lanier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:19-cr-327-GMN-VCF-1 |
| Plaintiff, | |
| vs. | **ORDER** |
| | (First Request) |
| JACQUES ANTON LANIER, | |
| Defendant. | |

Based upon the Stipulation of the parties, the deadline for Defendant Lanier to file a Reply to the Government's Response to Defendant's Motion to Dismiss Indictment [ECF No. 108] is hereby extended.

This Court finds that the failure to grant this extension would be likely to result in a miscarriage of justice, would deny the Defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare his Reply, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment [ECF No. 108] currently scheduled for May 31, 2021, be extended to June 9, 2021.

DATED AND DONE this 27th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE