# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:19-cr-327-GMN-VCF |
| JACQUES LANIER, | **ORDER** |
| Defendant. | |

Before the Court is the Government's Motion to File a Surreply to Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment (ECF No. 113).

Defendant Lanier has filed a Notice of Nonopposition to Government's Motion to File a Surreply to Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment and Motion for Leave to File Reply to the Government's Surreply (ECF No. 115).

Accordingly,

IT IS HEREBY ORDERED that the Government's Motion to File a Surreply to Defendant's Reply to the Government's Response to Defendant's Motion to Dismiss Indictment (ECF No. 113) is GRANTED.

IT IS FURTHER ORDERED that Defendant may file a reply to the Government's Surreply only to correct the record and provide clarification for the Court's consideration without raising new arguments. Defendant's reply to the surreply must be filed on or before July 6, 2021.

DATED this 28th day of June, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE