UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>v.<br><br>JACQUES LANIER,<br><br>                    Defendant(s). | 2:19-cr-00327-GMN-VCF<br><br>**ORDER STRIKING DEFENDANT'S MOTION TO ALLOW MEDIA ACCESS ECF No. 141** |

On October 7, 2021, Defendant Lanier personally filed the above referenced motion.

All proceedings in this court, unless sealed as permitted by law, are open to the public and representatives of the media may attend. This is true for the evidentiary hearing set for November 19, 2021. Pursuant to emergency procedures implemented due to the Covid-19 Pandemic, public access is currently limited, but not prohibited, due to health and safety concerns.

The court will consider a properly filed motion which specifically addresses any public access concerns, and which includes a particularized request for relief from current COVID-19 restrictions or other regulations that apply to the November 19, 2021, hearing.

Local Rule IA 11-6(a) provides, in pertinent part:

> Unless the court orders otherwise, a party who has appeared by an attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. . . .

This motion proceeds from the faulty assumption that the hearing set for November 19, 2021, is not open to the public. The motion fails to address any perceived limits on media access and fails to

plainly state what relief is requested.  Denial of the motion, without prejudice, would be appropriate, if it had been filed by Defendant Lanier's attorney.

However, since Defendant Lanier filed the motion personally, in violation of LR IA 11-6, it will be stricken.

Accordingly,

I hereby ORDER that Defendant's Motion to Allow Media Access, ECF No. 141 is STRICKEN.

DATED this 8th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE