UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JACQUES LANIER,<br><br>Defendant(s). | 2:19-cr-00327-GMN-VCF<br><br>**ORDER REGARDING MOTION TO STRIKE AND MOTION FOR STANDING ORDER ECF NO. 142** |

I received notice of this motion after I had already signed a sua sponte order striking ECF No. 141. Accordingly,

I HEREBY ORDER that the Government's Motion to Strike Defendant's Pro Se Filing is DENIED as MOOT.

I FURTHER ORDER that the Government's Motion for Standing Order to Strike Defendant's is DENIED IN PART.

While I will not enter a blanket order prospectively striking future pleadings, I FURTHER ORDER that the Government need not respond to any future Pro Se filings by Defendant Lanier, unless I order a response to a particular Pro Se filing.

DATED this 8th day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1