IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:19-cr-00327-GMN-VCF |
| Plaintiff, | ) |
| | ) <u>ORDER TEMPORARILY</u> |
| vs. | ) <u>UNSEALING PROCEEDING</u> |
| | ) |
| JACQUES LANIER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    On December 10, 2021, this Court received a request for Amber McClane, Court Reporter, for a transcript of the sealed portion of hearing regarding: Evidentiary Hearing, held on November 19, 2021.

    **IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Christopher Burton, AUSA, and Christopher Oram, Esq.  The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

    **IT IS FURTHER ORDERED** that Amber McClane, Court Reporter, shall not disclose the contents of the transcript of the sealed proceedings to anyone other than the parties or representative of the parties directly concerned with this case.

    **DATED** this ___16th___ day of ___December___, 2021.

_____
CAM FERENBACH
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE