CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

NANCY M. LEMCKE, ESQ.
Nevada Bar No. 5416
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 902-6691
Nancy.Lemcke@LemckeLawLV.com
*Attorneys for Jacques Anton Lanier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER,<br>　　　　Defendant. | CASE NO: 2:19-cr-327-GMN-VCF-1<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OBJECTIONS TO MAGISTRATE COURT'S REPORT AND RECOMMENDATION [ECF NO. 171]**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by JACQUES LANIER, by and through his attorneys, CHRISTOPHER R. ORAM, ESQ., and NANCY M. LEMCKE, ESQ., and the United States of America, by and through CHRISTOPHER BURTON, ESQ., and ELHAM ROOHANI, ESQ., Assistant United States Attorneys, that the deadline to file Defendant's Objections to the Magistrate Court's Report and Recommendation [ECF No. 171], which is currently due on December 20, 2021, be extended to January 3, 2022.

///

///

The stipulation is entered for the following reasons:

1. Defense Counsel requested the transcript of the evidentiary hearing held on November 19, 2021, but the transcript has not yet been produced.

2. The parties agree to the extension to allow the transcript to be completed before finalizing the objections.

3. JACQUES LANIER is in custody, and he does not oppose the requested continuance.

4. The additional time requested herein is sought in good faith and not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: December 17, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher R. Oram* | */s/ Elham Roohani* |
| Christopher R. Oram, Esq. | Elham Roohani, Esq. |
| 520 S. Fourth Street, Second Floor | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | Christopher Burton, Esq. |
| Attorney for Jacques Lanier | Assistant United States Attorney |
| | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| | Attorney for the United States of America |

*/s/ Nancy M. Lemcke*
Nancy M. Lemcke, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Attorney for Jacques Lanier

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

NANCY M. LEMCKE, ESQ.
Nevada Bar No. 5416
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 902-6691
Nancy.Lemcke@LemckeLawLV.com
*Attorneys for Jacques Anton Lanier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACQUES ANTON LANIER,<br>　　　　Defendant. | CASE NO: 2:19-cr-327-GMN-VCF-1<br><br>**ORDER**<br><br>(First Request) |

　　Based upon the Stipulation of the parties, the deadline for Defendant Lanier to file the Defendant's Objections to the Magistrate Court's Report and Recommendation [ECF No. 171] is hereby extended.

　　This Court finds that the failure to grant this extension would be likely to result in a miscarriage of justice, would deny the Defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare his Objections, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the deadline to file Defendant's Objections to the Magistrate Court's Report and Recommendation [ECF No. 171] currently due on December 20, 2021, be extended to January 3, 2022.

**IT IS SO ORDERED.**

Dated this __17__ day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT