CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JACQUES LANIER,<br><br>　　　　　　　Defendant. | Case No. 2:19-cr-00327-GMN-VCF<br><br>**Stipulation to Continue the Deadline for the Government's Response to Defendant's Objections to the Report and Recommendation (ECF No. 185)** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, counsel for the United States of America, and CHRISTOPHER R. ORAM, ESQ., and NANCY M. LEMCKE, ESQ., counsel for Defendant JACQUES LANIER, that the deadline to file the government's response to Defendant's objections (ECF No. 185) which are currently due on March 8, 2022, be extended for a timer period of seven days, to March 15, 2022.

The stipulation is entered for the following reasons:

1. Counsel for the government needs additional time to review the transcript and the filed objections in preparation of its response.

2. The parties agree to the continuance.

3. The defendant is currently detained pending trial but does not object to a continuance.

4. Trial in this case is currently scheduled for June 6, 2022, and this stipulation does not contemplate a continuance of that trial date.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the <u>first</u> stipulation to continue the deadline for the government's response filed herein.

DATED this 8th day of March, 2022.

|  | Respectfully submitted,<br>CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| //s//<br>CHRISTOPHER R. ORAM, ESQ.<br>NANCY M. LEMCKE, ESQ.<br>Counsel for Defendant<br>JACQUES LANIER | //s//<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00327-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| JACQUES LANIER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the government needs additional time to review the transcript and the filed objections in preparation of its response.
2. The parties agree to the continuance.
3. The defendant is currently detained pending trial but does not object to a continuance.
4. Trial in this case is currently scheduled for June 6, 2022, and this stipulation does not contemplate a continuance of that trial date.
5. Additionally, denial of this request for continuance could result in a miscarriage of justice.
6. This is the <u>first</u> stipulation to continue the deadline for the government's response filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the deadline for the government to file its response to the pending objections in this matter.

IT IS THEREFORE ORDERED, that the government shall file its response to the pending objections on or before March 15, 2022.

**IT IS SO ORDERED.**

Dated this 8 day of March, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT