# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | |
| v. | 2:19-cr-327-GMN-VCF |
| JACQUES LANIER, | **ORDER** |
| Defendant(s). | |

Before the Court is the motion to withdraw as counsel (ECF No. 200).

Accordingly,

IT IS HEREBY ORDERED that any responses to the motion to withdraw as counsel (ECF No. 200) must be filed on or before July 11, 2022. No reply necessary.

DATED this 1st day of July 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE