# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:19-cr-327-GMN-VCF |
| v. | **ORDER** |
| JACQUES LANIER, | |
| Defendant(s). | |

Before the Court is the motion to appoint co-counsel (ECF No. 214).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the motion to appoint co-counsel (ECF No. 214), must be filed on or before August 23, 2022.

DATED this 19th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE