# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER,<br><br>        Defendant. | Case No.: 2:19-cr-00327-GMN-VCF<br><br>**<u>ORDER APPOINTING CO-COUNSEL</u>** |

      Appointed counsel for Defendant JACQUES ANTON LANIER, Christopher Oram, has filed a motion for the appointment of co-counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. (ECF NO. 214). The motion seeking appointment of co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. The Court previously appointed co-counsel, Nancy Lemke. (ECF NO. 94). However, Ms. Lemke moved to withdraw based upon her state court obligations. (ECF NO. 200). Mr. Oram asks the Court to appoint Anthony Sgro as co-counsel. Defendant submits that the CJA Standing Committee has approved the request of co-counsel in the instant case, making the necessary determinations under the CJA plan. CJA Resource counsel has also recommended the appointment of co-counsel.

      For good cause shown, the motion is GRANTED. The Court appoints Anthony Sgro as co-counsel for Defendant Lanier. As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judicial Policies and Procedures, the Court finds that the appointment of an additional attorney in this difficult case is necessary and is in the interests of justice. Mr. Sgro will be compensated at the maximum hourly rate established by the Judicial Conference of the United States. Guide to

Judiciary Policy, Vol. 7A, § 230.16.  Ms. Lemcke's representation of the defendant will be terminated upon Anthony Sgro making an appearance in this case.

    IT IS SO ORDERED

    DATED:   August 25, 2022

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE