UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                          Plaintiff,      )<br>        vs.                                         )<br>                                                        )<br>JACQUES ANTON LANIER,              )<br>                                                        )<br>                          Defendant.  )<br>                                                        ) | Case No.: 2:19-cr-00327-GMN-VCF-1<br><br>**ORDER** |

Pending before the Court is the Motion to Strike Letter, (ECF No. 213), filed by the Government.  Defendant Jacques Anton Lanier ("Defendant") did not file a Response.

The Government seeks to strike six letters as unauthorized *pro se* filings.  The District of Nevada's Local Rule IA 11-6 provides that, "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *See* LR IA 11-6.  Here, Defendant is represented by an attorney, Christopher Oram. (*See* Order Appointing Counsel, ECF No. 85).  Nevertheless, Defendant personally filed the following, unauthorized *pro se* filings, which are the subject of the Government's Motion to Strike:

- Letter dated June 26, 2020, (ECF No. 57)[1]
- Letter dated April 6, 2022, (ECF No. 194)
- Letter dated June 9, 2022, (ECF No. 199)
- Letter dated July 7, 2022, (ECF No. 207)
- Letter dated July 7, 2022, ECF No. 208
- Letter dated July 19, 2022, ECF No. 211

---

[1] Defendant addressed this letter to Chief Judge Miranda Du.

Defendant additionally filed the following two letters addressed to the Honorable Gloria M. Navarro:

- Letter dated February 24, 2022, (ECF No. 218)
- Letter dated April 6, 2022, (ECF No. 219)

Because these letters violate Local Rule IA 11-6, the Court accordingly grants the Government's Motion to Strike, (ECF No. 213), and further strikes the additional two letters as unauthorized filings. Defendant is further warned to refrain from submitting motions and letters concerning NDOC misconduct without his counsel, Christopher Oram.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Strike Letter, (ECF No. 213), is **GRANTED**. The Clerk of Court shall strike these motions, (ECF Nos. 57, 194, 199, 207, 208, 211, 218, and 219), from the docket.

**DATED** this __26__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT