**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-cr-00327-GMN-VCF |
| JACQUES ANTON LANIER, | **ORDER** |
| Defendant. | |

Before the Court is Jacques Anton Lanier's motion to dismiss counsel Christopher R. Oram (ECF No. 224).

Christopher R. Oram, Esq. was appointed as counsel of record for Lanier on January 11, 2021. (ECF No. 85). Lanier filed the instant motion on his own behalf. (ECF No. 224).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

The Clerk of Court is directed to STRIKE Jacques Anton Lanier's motion to dismiss counsel Christopher R. Oram (ECF No. 224) from the docket.

IT IS HEREBY ORDERED that defense counsel Christopher R. Oram, esq. is directed to provide a copy of this order to Lanier. If Lanier desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

DATED this 16th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE