**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:19-CR-00327-JCM-VCF |
| v. | **ORDER** |
| JACQUES LANIER, | |
| Defendant. | |

Before the Court is defendant's motion to withdraw as counsel (ECF NO. 227).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendant's motion to withdraw as counsel (ECF NO. 227), is scheduled for 11:00 AM, December 2, 2022, in Courtroom 3D.

The Clerk of Court is directed to STRIKE Lanier's amended motion to dismiss counsel (ECF NO. 226).

DATED this 22nd day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE