CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorney for Defendant Lanier*

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
tsgro@sgroandroger.com
*Attorney for Defendant Lanier*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JACQUES LANIER,<br><br>　　　　　Defendant. | CASE NO.: 2:19-cr-00327-GMN-VCF<br><br>**UNOPPOSED MOTION TO ALLOW DEFENDANT TO APPEAR VIA VIDEO CONFRENECE** |

　　　Defendant JACQUES LANIER respectfully requests the Court permit the Defendant to appear via video conference for the hearing scheduled December 2nd, 2022, at 11:00 AM.

　　　This motion is made based upon the pleadings and papers on file herein and the declaration of counsel attached hereto.

　　　.

　　　　　　　　　　　　　　　　　　　Dated this 28th day of November, 2022.

///

///

///

1

Respectfully submitted,

By:  /s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Defendant Lanier*

/s/ *Anthony P. Sgro* .
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
tsgro@sgroandroger.com
*Attorney for Defendant Lanier*

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. Background

This Court filed an order setting hearing on Defendant's Motion to Withdraw as Counsel (ECF No. 228) for December 2nd, 2022, at 11AM.

Rule 43 of the Federal Rules of Criminal Procedure states that the Defendant must be present for every trial stage, including every trial stage as specified in Rule 43 (a)(2).

In conversations with the Mr. Oram's staff, Mr. Lanier has indicated that he wishes to be present via video conference, rather than appearing in person. Mr. Lanier is currently held at Southern Nevada Correctional Center in Pahrump, which is a far distance from the Federal Courthouse in Las Vegas. As such, Mr. Lanier respectfully requests that to be allowed to appear via video conference.

Counsel for Mr. Lanier has also spoken with Counsel for the Government, and the Government does not oppose this request.

### CONCLUSION

Wherefore, Mr. Lanier respectfully requests this Court to allow him to appear via video conference.

Dated this 28th day of November, 2022.

/s/ *Christopher R. Oram*
Christopher R. Oram, Esq.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, NV 89101
*Attorney for Defendant Lanier*

/s/ *Anthony P. Sgro*           .
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
tsgro@sgroandroger.com
*Attorney for Defendant Lanier*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
             11-29-2022
DATED _____

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2022, I served a true and correct copy of the foregoing document entitled **UNOPPOSED MOTION TO ALLOW DEFENDANT TO APPEAR VIA VIDEO CONFRENECE** to the United States Attorney's Office and all other parties associated with this case by electronic mail as follows:

BIANCA PUCCI, ASSISTANT UNITED STATES ATTORNEY
Bianca.Pucci@usdoj.go

ANTHONY SGRO, SGRO & ROGER
tsgro@sgroandroger.com

        By:  /s/ Scott Reynolds Egnor
          An employee of Christopher R. Oram, Esq.