# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

                Plaintiff(s),

v.

JACQUES LANIER,

                Defendant(s).

2:19-cr-00327-GMN-VCF

**<u>ORDER</u>**

Before the Court is the joinder to motion to withdraw as counsel of record (ECF NO. 229).

Accordingly,

IT IS HEREBY ORDERED that the joinder to motion to withdraw as counsel of record (ECF NO. 229) is added to the hearing scheduled for 11:00 AM, December 2, 2022, in Courtroom 3D.

DATED this 30th day of November 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE