ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
**SGRO & ROGER**
720 S. 7th Street, Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
tsgro@sgroandroger.com
abondy@sgroandroger.com
*Attorneys for Defendant, Jacques Lanier*

**CHRISTOPHER R. ORAM, ESQ.**
Nevada Bar No. 4349
520 S. 4th Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
Email: contact@christoperoramlaw.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:19-CR-327-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S (Second) MOTION TO MODIFY ORDER RESTRICTING DEFENDANT'S TELEPHONE AND MAILING PRIVILEGES [ECF NO. 240]** |
| JACQUES LANIER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by JACQUES LANIER, by and through his attorneys, ANTHONY P. SGRO, ESQ., ALANNA C. BONDY, ESQ., CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through BIANCA R. PUCCI, ESQ., Assistant United States Attorney, that the deadline to file Defendant's Reply to the Government's Response to Defendant's (Second) Motion to Modify Order Restricting Defendant's Telephone and Mailing Privileges [ECF No. 240], which is currently due on April 28, 2023, be extended to May 2, 2023.

The stipulation is entered for the following reasons:

1.      Defense Counsel needs to consult with Mr. Lanier in order to adequately respond to the allegations contained in the Government's Response to Defendant's (Second) Motion to Modify Order Restricting Defendant's Telephone and Mailing Privileges.

2.      To date, Defense counsel has been unable to communicate with Mr. Lanier regarding the allegations contained in the Government's Response to Defendant's (Second) Motion to Modify Order Restricting Defendant's Telephone and Mailing Privileges.

3.      The parties agree to extension.

4.      The additional time requested herein is sought in good faith and not sought for purposes of delay.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 28th day of April 2023.

*Respectfully submitted:*

**SGRO & ROGER**                                    **CHRISTOPHER ORAM LAW OFFICE**

*/s/ Alanna C. Bondy, Esq.*                          */s/ Christopher Oram, Esq.*
_____           _____
ANTHONY P. SGRO, ESQ.                  CHRISTOPHER ORAM, ESQ.
Nevada Bar No. 3811                          Nevada Bar No. 4349
ALANNA C. BONDY, ESQ.                  contact@christopheroramlaw.com
Nevada Bar No. 14830                         *Attorney for Jacques Lanier*
*Attorneys for Jacques Lanier*

**UNITED STATES DISTRICT**
**ATTORNEY'S OFFICE**

*/s/ Bianca Pucci, Esq.*
_____
BIANCA PUCCI, ESQ.
Bianca.pucci@usdoj.gov
*Attorney for the United States of America*

## **ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Defendant's Reply to the Government's Response to Defendant's (Second) Motion to Modify Order Restricting Defendant's Telephone and Mailing Privileges [ECF No. 240] must be filed on or before May 2, 2023.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

DATED ___4-28-2023_____

Respectfully submitted by:

**SGRO & ROGER**

*/s/Alanna C. Bondy.*
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA C. BONDY, ESQ.
Nevada Bar No. 14830
tsgro@sgroandroger.com
abondy@sgroandroger.com
Attorney for Jacques Lanier