1  | JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
2  | BIANCA R. PUCCI
Nevada Bar Number 16129
3  | NADIA J. AHMED
Nevada Bar Number 15489
4  | Assistant United States Attorneys
5  | District of Nevada
501 Las Vegas Blvd. South, Suite 1100
6  | Las Vegas, Nevada 89101
Tel: (702) 388-6336
7  | Bianca.Pucci@usdoj.gov
Nadia.Ahmed2@usdoj.gov
8

*Attorneys for the United States*

9

10

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

11

12

| UNITED STATES OF AMERICA, | **SUPERSEDING CRIMINAL INDICTMENT** |

13

   Plaintiff,

14

   v.

Case No. 2:19-cr-000327-GMN-VCF

15

JACQUES ANTON LANIER,
a.k.a. "John Dupree,"

16

   Defendant.

17

**VIOLATIONS:**

18

18 U.S.C. §2422(b) – Coercion and Enticement

19

18 U.S.C. §1512(b) – Tampering with a Witness, Victim, or an Informant

20

18 U.S.C. § 1591(a) and (b)(2) – Sex Trafficking of Children

21

18 U.S.C. § 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct

22

18 U.S.C. § 1470 – Transfer of Obscene Material to Minor

23

18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

24

1

_____ FILED           _____ RECEIVED
_____ ENTERED      _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

MAY 0 2 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Coercion and Enticement
(18 U.S.C. § 2422(b))

Beginning on or about April 14, 2017, and continuing to on or about September 5, 2017, in the State and Federal District of Nevada,

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

defendant herein, while using a facility and means of interstate and foreign commerce, did knowingly, and attempted to, persuade, induce, entice, and coerce Victim #2, who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, that is: *sex trafficking*, in violation of Nevada Revised Statutes, Section 201.300(2)(a)(1); and *sex trafficking of children*, in violation of Title 18, United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

**COUNT TWO**
Tampering with a Witness
(18 U.S.C. § 1512(b))

Beginning on or about April 12, 2018, and continuing up to and including on or about January 27, 2020, in the State and Federal District of Nevada,

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

defendant herein, did knowingly intimidate, threaten and corruptly persuade Victim #2 with the intent to cause and induce Victim #2 to evade legal process summoning Victim #2 to appear as a witness, and with the intent to hinder, delay, and prevent the communication to a law enforcement officer and judge of the United States, of information relating to the

2

1   commission and possible commission of a Federal offense, and attempted to do so, all in

2   violation of Title 18, United States Code, Section 1512(b).

3   **COUNT THREE**<br>Coercion and Enticement

4   (18 U.S.C. § 2422(b))

5   Beginning on or about May 4, 2017, and continuing up to and including on or about

6   August 31, 2017, in the State and Federal District of Nevada,

7   **JACQUES ANTON LANIER,**

8   **a.k.a. "John Dupree,"**

9   defendant herein, while using a facility and means of interstate and foreign commerce, did

10   knowingly, and attempted to, persuade, induce, entice, and coerce Victim #3, who had not

11   attained the age of 18 years, to engage in prostitution and any sexual activity for which any

12   person could be charged with a criminal offense, that is: *lewdness with a child*, in violation of

13   Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

14   Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

15   Section 201.300(2)(a)(1); *sexual exploitation of children*, in violation of Title 18, United States

16   Code, Section 2251(a); and *sex trafficking of children*, in violation of Title 18, United States Code,

17   Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

3

## COUNT FOUR
Coercion and Enticement
(18 U.S.C. § 2422(b))

Beginning on or about April 18, 2017, and continuing up to and including on or about December 6, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER,
**a.k.a. "John Dupree,"**

defendant herein, while using a facility and means of interstate and foreign commerce, did knowingly, and attempted to, persuade, induce, entice, and coerce Victim #4, who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, that is: *lewdness with a child*, in violation of Nevada Revised Statutes, Section 201.230(1)(a); *sexual assault*, in violation of Nevada Revised Statutes, Section 200.366(1)(b); *statutory sexual seduction*, in violation of Nevada Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes, Section 201.300(2)(a)(1); and *sex trafficking of children*, in violation of Title 18, United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE
Coercion and Enticement
(18 U.S.C. § 2422(b))

Beginning on or about August 5, 2017, and continuing up to and including on or about October 16, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER,
**a.k.a. "John Dupree,"**

defendant herein, while using a facility and means of interstate and foreign commerce, did knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #5, who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any

4

1  person could be charged with a criminal offense, that is: *lewdness with a child*, in violation of

2  Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

3  Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

4  Section 201.300(2)(a)(1); *sexual exploitation of children*, in violation of Title 18, United States

5  Code, Section 2251(a); and *sex trafficking of children*, in violation of Title 18, United States Code,

6  Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

7  **COUNT SIX**
Sex Trafficking of Children

8  (18 U.S.C. § 1591(a) and (b)(2))

9       Beginning on or about August 5, 2017, and continuing up to and including on or about

10  October 16, 2017, in the State and Federal District of Nevada,

11  **JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

12

13  defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit,

14  entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, Victim

15  #5, having had a reasonable opportunity to observe Victim #5 and knowing and in reckless

16  disregard of the fact that Victim #5 had not attained the age of 18 years, and knowing and in

17  reckless disregard that Victim #5 would be caused to engage in a commercial sex act, all in

18  violation of Title 18 United States Code, Section 1591(a) and (b)(2).

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

5

1
2

**COUNT SEVEN**
Coercion and Enticement
(18 U.S.C. § 2422(b))

3   Beginning on or about April 30, 2017, and continuing up to and including on or about

4   August 28, 2017, in the State and Federal District of Nevada,

5
6

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

7   defendant herein, while using a facility and means of interstate and foreign commerce, did

8   knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #6, who had not

9   attained the age of 18 years, to engage in prostitution and any sexual activity for which any

10   person could be charged with a criminal offense, that is: *sex trafficking* in violation of Nevada

11   Revised Statutes, Section 201.300(2)(a)(1); and *sex trafficking of children* in violation of Title 18,

12   United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section

13   2422(b).

14
15

**COUNT EIGHT**
Sex Trafficking of Children
(18 U.S.C. § 1591(a) and (b)(2))

16   Beginning on or about April 30, 2017, and continuing up to and including on or about

17   August 28, 2017, in the State and Federal District of Nevada,

18
19

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

20   defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit,

21   entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, Victim

22   #6, having had a reasonable opportunity to observe Victim #6 and knowing and in reckless

23   disregard of the fact that Victim #6 had not attained the age of 18 years, and knowing and in

24

1  reckless disregard that Victim #6 would be caused to engage in a commercial sex act, all in

2  violation of Title 18 United States Code, Section 1591(a) and (b)(2).

3                                        **COUNT NINE**
                                       Coercion and Enticement
4                                      (18 U.S.C. § 2422(b))

5          Beginning on or about August 30, 2017, and continuing up to and including on or about

6  December 4, 2017, in the State and Federal District of Nevada,

7                              **JACQUES ANTON LANIER,**
                              **a.k.a. "John Dupree,"**
8

9  defendant herein, while using a facility and means of interstate and foreign commerce, did

10  knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #7, who had not

11  attained the age of 18 years, to engage in prostitution and any sexual activity for which any

12  person could be charged with a criminal offense, that is: *lewdness with a child* in violation of

13  Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada

14  Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes,

15  Section 201.300(2)(a)(1); *sexual exploitation of children*, in violation of Title 18, United States

16  Code, Section 2251(a); and *sex trafficking of children*, in violation of Title 18, United States Code,

17  Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

## COUNT TEN
Coercion and Enticement
(18 U.S.C. § 2422(b))

Beginning on or about August 9, 2017, and continuing up to and including on or about November 29, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER,
### a.k.a. "John Dupree,"

defendant herein, while using a facility and means of interstate and foreign commerce, did knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #8, who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person could be charged with a criminal offense, that is: *lewdness with a child*, in violation of Nevada Revised Statutes, Section 201.230(1)(a); *statutory sexual seduction*, in violation of Nevada Revised Statutes, Section 200.368; *sex trafficking*, in violation of Nevada Revised Statutes, Section 201.300(2)(a)(1); and *sex trafficking of children*, in violation of Title 18, United States Code, Section 1591(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT ELEVEN
Sex Trafficking of Children
(18 U.S.C. § 1591(a) and (b)(2))

Beginning on or about August 9, 2017, and continuing up to and including on or about November 29, 2017, in the State and Federal District of Nevada,

### JACQUES ANTON LANIER,
### a.k.a. "John Dupree,"

defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, Victim #8, having had a reasonable opportunity to observe Victim #8 and knowing and in reckless disregard of the fact that Victim #8 had not attained the age of 18 years, and knowing and in

1   reckless disregard that Victim #8 would be caused to engage in a commercial sex act, all in

2   violation of Title 18 United States Code, Section 1591(a) and (b)(2).

3                              **COUNT TWELVE**
                              Coercion and Enticement
4                              (18 U.S.C. § 2422(b))

5          Beginning on or about August 31, 2017, and continuing up to and including on or about

6   September 7, 2017, in the State and Federal District of Nevada,

7                         **JACQUES ANTON LANIER,**
                         **a.k.a. "John Dupree,"**
8

9   defendant herein, while using a facility and means of interstate and foreign commerce, did

10  knowingly, and attempted to, persuade, induce, entice, and coerce, Victim #10, who had not

11  attained the age of 18 years, to engage in prostitution and any sexual activity for which any

12  person could be charged with a criminal offense, that is: *human trafficking*, in violation of

13  California Penal Code, Section 236.1; *unlawful sexual intercourse with a person under 18-years-old*,

14  in violation of California Penal Code, Section 261.5; *lewd or lascivious acts*, in violation of

15  California Penal Code, Section 288 (effective September 9, 2010 to December 31, 2018); *oral*

16  *copulation*, in violation of California Penal Code, Section 288a (effective September 9, 2013 to

17  December 31, 2018); *sex trafficking of children*, in violation of Title 18, United States Code,

18  Section 1591(a); and *sexual exploitation of children*, in violation of Title 18, United States Code,

19  Section 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

20  / / /

21  / / /

22  / / /

23  / / /

24

                                     9

**COUNT THIRTEEN**
Sex Trafficking of Children
(18 U.S.C. § 1591(a) and (b)(2))

Beginning on or about August 31, 2017, and continuing up to and including on or about September 7, 2017, in the State and Federal District of Nevada,

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

defendant herein, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, Victim #10, having had a reasonable opportunity to observe Victim #10 and knowing and in reckless disregard of the fact that Victim #10 had not attained the age of 18 years, and knowing and in reckless disregard that Victim #10 would be caused to engage in a commercial sex act, all in violation of Title 18 United States Code, Section 1591(a) and (b)(2).

**COUNT FOURTEEN**
Travel with Intent to Engage in Illicit Sexual Conduct
(18 U.S.C. § 2423(b))

Beginning on or about August 31, 2017, and continuing up to and including on or about September 7, 2017, in the State and Federal District of Nevada,

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

defendant herein, traveled in interstate commerce, with a motivating purpose of engaging in any illicit sexual conduct with Victim #10, all in violation of Title 18 United States Code, Section 2423(b).

/ / /

/ / /

/ / /

**COUNT FIFTEEN**
Transfer of Obscene Material to Minor
(18 U.S.C. § 1470)

Beginning on or about August 31, 2017, and continuing up to and including on or about

September 7, 2017, in the State and Federal District of Nevada,

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

defendant herein, did knowingly, and attempted to, while using the mail and any facility and

means of interstate and foreign commerce, transfer obscene matter to Victim #10 who had not

attained the age of 16 years, knowing that Victim #10 had not attained the age of 16 years, all

in violation of Title 18, United States Code, Sections 1470.

**COUNT SIXTEEN**
Sexual Exploitation of Children
(18 U.S.C. § 2251(a))

Beginning on a date unknown, and continuing up to and including on or about October

4, 2017, in the State and Federal District of Nevada,

**JACQUES ANTON LANIER,**
**a.k.a. "John Dupree,"**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, Victim #13, to

engage in any sexually explicit conduct for the purpose of producing any visual depiction of

such conduct, using materials that have been mailed, shipped, and transported in and affecting

interstate and foreign commerce by any means, including by computer, and such visual

depiction was actually transported or transmitted using any means and facility of interstate and

foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### FORFEITURE ALLEGATION ONE
Coercion and Enticement and Travel with Intent to Engage in Illicit Sexual Conduct

1.      The allegations contained in Counts 1, 3, 4, 5, 7, 9, 10, 12, and 14 of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2428(a)(1) and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c).

2.      Upon conviction of any of the felony offenses charged in Counts 1, 3, 4, 5, 7, 9, 10, 12, and 14 of this Superseding Criminal Indictment,

### JACQUES ANTON LANIER,
### a.k.a. "John Dupree,"

defendant herein, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of violations of 18 U.S.C. §§ 2422(b) and 2423(b):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of 18 U.S.C. §§ 2422(b) and 2423(b):

    a.   Samsung Galaxy S8 cellular phone, IMEI 355987083990480; and

    b.   Green Vibrator recovered from 1827 W. Gowan, #2148, North Las Vegas,
         Nevada, on December 21, 2017.

All under 18 U.S.C. §§ 2422(b) and 2423(b); 18 U.S.C. § 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c).

/ / /

/ / /

/ / /

/ / /

12

## FORFEITURE ALLEGATION TWO
### Sex Trafficking of Children

1.      The allegations contained in Counts 6, 8, 11, and 13 of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 1594(d)(1) and 18 U.S.C. § 1594(e)(1)(A) with 28 U.S.C. § 2461(c).

2.      Upon conviction of any of the felony offenses charged in Counts 6, 8, 11, and 13 of this Superseding Criminal Indictment,

### JACQUES ANTON LANIER,
### a.k.a. "John Dupree,"

defendant herein, shall forfeit to the United States of America, any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of 18 U.S.C. § 1591(a), and any property traceable to such property:

defendant herein, shall forfeit to the United States of America, any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of 18 U.S.C. § 1591(a), and any property traceable to such property:

   a.   Samsung Galaxy S8 cellular phone, IMEI 355987083990480; and

   b.   Green Vibrator recovered from 1827 W. Gowan, #2148, North Las Vegas, Nevada, on December 21, 2017.

All under 18 U.S.C. §§ 1591(a) and 1594(d)(1) and 18 U.S.C. § 1594(e)(1)(A) with 28 U.S.C. § 2461(c).

## FORFEITURE ALLEGATION THREE
### Transfer of Obscene Material to Minors

1.      The allegations contained in Count 15 of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. §§ 1467(a)(1) and 1467(a)(3).

13

1      2.       Upon conviction of the felony offense charged in Count 15 of this Superseding

2  Criminal Indictment,

3
4  **JACQUES ANTON LANIER,**<br>**a.k.a. "John Dupree,"**

5      defendant herein, shall forfeit to the United States of America, any obscene material

6  produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 1470:

7      defendant herein, shall forfeit to the United States of America, any property, real or

8  personal, used or intended to be used to commit or to promote the commission of 18 U.S.C.

9  § 1470:

10         a.   Samsung Galaxy S8 cellular phone, IMEI 355987083990480; and

11         b.   Green Vibrator recovered from 1827 W. Gowan, #2148, North Las Vegas,

12                Nevada, on December 21, 2017.

13     All under 18 U.S.C. §§ 1467(a)(1), 1467(a)(3), and 1470.

14
15 **FORFEITURE ALLEGATION FOUR**<br>Sexual Exploitation of a Child

16     1.       The allegations contained in Count 16 of this Superseding Criminal Indictment

17 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture

18 under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

19     2.       Upon conviction of the felony offense charged in Count 18 of this Superseding

20 Criminal Indictment,

21
22 **JACQUES ANTON LANIER,**<br>**a.k.a. "John Dupree,"**

23     defendant herein, shall forfeit to the United States of America, any visual depiction

24 described in 18 U.S.C. § 2251, or any book, magazine, periodical, film, videotape, or other

14

1  matter which contains any such visual depiction, which was produced, transported, mailed,

2  shipped or received in violation of 18 U.S.C. § 2251(a):

3        defendant herein, shall forfeit to the United States of America, any property, real or

4  personal, used or intended to be used to commit or to promote the commission of 18 U.S.C.

5  § 2251(a) or any property traceable to such property:

6            a.  Samsung Galaxy S8 cellular phone, IMEI 355987083990480; and

7            b.  Green Vibrator recovered from 1827 W. Gowan, #2148, North Las Vegas,

8               Nevada, on December 21, 2017.

9       All under 18 U.S.C. §§ 2251(a), 2253(a)(1) and 2253(a)(3).

10

11       **DATED** this 2d  day of May, 2023.

12       **A TRUE BILL:**

13

14                             /S/
                   FOREPERSON OF THE GRAND JURY

15

16

17

18  JASON M. FRIERSON
    United States Attorney

19

20  BIANCA R. PUCCI
    Assistant United States Attorney

21

22

23

24