PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added
☐ Information  ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT DISTRICT OF NEVADA — Las Vegas Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): BIANCA R. PUCCI

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
James Mollica ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense _____ County _____

CASE NO. 2:19-cr-000327-GMN-VCF

USA vs.
Defendant: JACQUES ANTON LANIER
A.k.a. "John Dupree"
Address:
Page 1 of 2

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 02 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

☐ Interpreter Required   Dialect: _____
Birth Date _____
☑ Male  ☐ Alien (if applicable)
☐ Female

Social Security Number _____

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☑ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 16

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. §2422(b) | Coercion and Enticement                           1, 3 - 5, | 7, 9, 10, 12 |
| | 18 U.S.C. §1512(b) | Tampering with a Witness, Victim, or an Informant | 2 |
| | 18 U.S.C. § 1591(a) and (b)(2) | Sex Trafficking of Children                      6, | 8, 11, 13 |
| | 18 U.S.C. § 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct | 14 |
| | 18 U.S.C. § 1470 | Transfer of Obscene Material to Minor | 15 |

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 2:19-cr-000327-GMN-VCF

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added  ☐ Information

USA vs.
Defendant: JACQUES ANTON LANIER
Address: A.k.a. "John Dupree"
Page 2 of 2

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA   Las Vegas   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): BIANCA R. PUCCI

☐ Interpreter Required   Dialect: _____

Birth Date _____
☑ Male  ☐ Female  ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
James Mollica ~ FBI

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☐ Warrant  ☐ Summons

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

Place of offense _____ County

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 16

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 18 U.S.C. § 2251(a) | Sexual Exploitation of Children | 16 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |