ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
tsgro@sgroandroger.com

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

*Attorneys for Jacques Anton Lanier*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>          vs.<br><br>JACQUES ANTON LANIER,<br>                Defendant. | CASE NO:  2:19-cr-00327-GMN-VCF<br><br>**STIPULATION AND ORDER REGARDING RECORDING OF DEFENDANT PHONE CALLS** |

IT IS HEREBY STIPULATED AND AGREED, by JACQUES ANTON LANIER, by and through his attorneys, CHRISTOPHER R. ORAM, ESQ., and ANTHONY P. SGRO, ESQ., and the UNITED STATES OF AMERICA, by and through BIANCA R. PUCCI, ESQ., Assistant United States Attorney as follows:

1. Defendant, JACQUES ANTON LANIER ("Mr. Lanier"), is being detained at the Nevada Southern Detention Center pending trial in the instant action.

2.   Mr. Lanier's defense counsel have retained the services of private investigators Andrew Renshaw and Cynthia Jeffries from Pyramid Investigations, to assist in defense investigation.

3.   In May of 2023, it was brought to defense counsel's attention that telephone calls between Mr. Lanier and the defense investigators were being recorded by the Nevada Southern Detention Center. Defense counsel has indicated that the defense investigators are nonlawyer agents of the defense and that they are retained and employed by defense[1].

4.   The parties therefore stipulate that any communications between the retained defense investigators and Mr. Lanier should be treated as privileged communications and should not be recorded.

5.   In communicating with the Nevada Southern Detention Center, the parties learned the detention center requires a Court Order to treat the privately retained investigators' communications with the defendant as privileged communications.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] The responsibility for and conduct of defense's investigators would be governed by Nevada Rule of Professional Conduct 5.3.

6. The parties request this Court enter an Order instructing the Nevada Southern Detention Center to treat the investigators' communications with the defendant as privileged communications.

DATED: June 21, 2023

Respectfully submitted,

/s/ Christopher R. Oram
Christopher R. Oram, Esq.
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
*Attorney for Jacques Lanier*

/s/Bianca R. Pucci
Bianca R. Pucci, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South,
Suite 1100
Las Vegas, Nevada 89101
*Attorney for the United States of America*

/s/ Anthony P. Sgro
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
tsgro@sgroandroger.com
*Attorney for Jacques Lanier*

3

ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
SGRO & ROGER
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
tsgro@sgroandroger.com

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com
*Attorneys for Jacques Anton Lanier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:19-cr-00327-GMN-VCF |
|     Plaintiff, | |
|     vs. | **ORDER** |
| JACQUES LANIER, | |
|     Defendant. | |

Based on the stipulation of the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED that any communications between defense investigators and Mr. Lanier should be treated as privileged communications and should not be recorded.

IT IS FURTHER ORDERED that the Nevada Southern Detention Center must immediately cease recording any and all telephone calls or other

communications between Jacques Anton Lanier and defense investigators
Andrew Renshaw and Cynthia Jeffries from Pyramid Investigations.

IT IS SO ORDERED.

DATED AND DONE this __29__ day of __June____, 2023.

_____

UNITED STATES DISTRICT JUDGE