JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Nevada Bar No. 16129
NADIA AHMED
Nevada Bar No. 15489
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Bianca.Pucci@usdoj.gov
Nadia.Ahmed2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUES ANTON LANIER,<br><br>Defendant. | Case No. 2:19-cr-00327-GMN-VCF<br><br>**STIPULATION TO ADVANCE BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO SUPPRESS (ECF No. 261)** |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and BIANCA R. PUCCI and NADIA AHMED, Assistant United States Attorneys, counsel for the United States of America, and CHRISTOPHER ORAM, ESQ., and ANTHONY P. SGRO, ESQ., counsel for Defendant JACQUES ANTON LANIER, that the current briefing schedule regarding defendant's motion to suppress be advanced.

This stipulation is entered into for the following reasons:

1.  On August 28, 2023, Mr. Lanier, by and through his attorneys of record, filed: a Motion for Leave to File Under Seal (ECF 256); a Motion to Suppress (under seal, pending

1

Court approval to seal said Motion) (ECF 257), and Exhibits in Support of the Motion to Suppress (under seal, pending Court approval to seal said Exhibits) (ECF 258).

2. On August 29, 2023, counsel for the parties conducted a phone conference and stipulated that Mr. Lanier would withdraw his Motion for Leave to File Under Seal (ECF 256), the Motion to Suppress (ECF 257), and Exhibits in Support of Motion to Suppress (ECF 258), and that Mr. Lanier would re-file redacted versions of the Motion to Suppress and the Exhibits in Support of Motion to Suppress.

3. On September 7, 2023, the parties filed a stipulation consistent with the agreement of the parties. Additionally, the parties stipulated to an extended briefing schedule due to conflicts in the parties' schedules. ECF No. 259.

4. On September 14, 2023, defendant refiled the motion to suppress as stipulated. ECF No. 261.

5. On September 21, 2023, the government informed defendant that its initial conflict cleared from the government's schedule, and that it would be able to file its response earlier and sought an advanced briefing schedule. The parties agreed to advance the briefing schedule.

6. Trial is currently scheduled for January 22, 2024. ECF No. 250.

7. The parties seek to advance the briefing schedule in order to maintain the current trial date of January 22, 2024.

8. The parties stipulate that the government shall file its response to defendant's motion to suppress on or before October 13, 2023.

///

///

///

9. The parties stipulate that the defendant shall file his reply on or before November 10, 2023.

DATED this 12th day of October, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

| | |
|---|---|
| */s/ Bianca R. Pucci* | */s/ Anthony P. Sgro* |
| BIANCA R. PUCCI | Anthony P. Sgro, Esq. |
| NADIA AHMED | SGRO & ROGER Assistant United States |
| Assistant United States Attorneys | Attorney |
| | 2901 El Camino, Ave., Suite 204 |
| *Attorneys for the United States of America* | Las Vegas, Nevada 89102 |
| | |
| | */s/ Christopher R. Oram* |
| | Christopher R. Oram, Esq. |
| | 520 S. Fourth Street, 2nd Floor |
| | Las Vegas, Nevada 89101 |
| | |
| | *Attorneys for Jacques Anton Lanier* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00327-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| JACQUES ANTON LANIER, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing:

IT IS HEREBY ORDERED that the government shall file its response to defendant's motion to suppress on or before October 13, 2023.

IT IS FURTHER ORDERED that defendant shall file his reply on or before November 10, 2023.

DATED 12th day of October, 2023.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE