2:19-cr-00327-GMN-VCF

January 3, 2024

To The Clerk of The Court,

Please Disregard The Correspondence

Dated December 29, 2023, To Withdraw Guilty

Plea Agreement.

Please Move Forward With Sentencing

Scheduled on March 27, 2024.

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 08 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

Thank You,

Jacques Anton Lanier

Jacques Anton Lanier 25408048

Jacques Lavier 25408248
NSDC
2190 E. Mesquite Ave.
Pahrump, NV. 89060

LAS VEGAS NV 890

4 JAN 2024   PM 4   L

This correspondence originated
from a detention facility.
The facility is not responsible
for the contents herein.

XRAYED US MARSHALS SERVICE

INDIGENT

U.S. District Court
Clerk of 7th Court
333 Las Vegas Blvd., South
Las Vegas, Nevada
89101

89101-706569

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
FILED
ENTERED

JAN 0 8 2024

CLERK US
D

BY: _____ DEPUTY