JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
misty.dante@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-327-GMN-DJA |
| Plaintiff, | **Notice of Filing Proof of Publication** |
| v. | |
| JACQUES ANTON LANIER, a.k.a. "John Dupree," | |
| Defendant. | |

The United States published Notice for at least 30 consecutive days on the official internet government forfeiture website, www.forfeiture.gov. *See* Exhibits, attached hereto and incorporated herein by reference as if fully set forth herein.

DATED: February 16, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney