LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Lisa@Veldlaw.com
*Attorneys for Defendant, Jacques Lanier*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-327 RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| JACQUES LANIER, | **(FIRST REQUEST)** |
| Defendant. | |

It is stipulated and agreed, by and between Jason Frierson, United States Attorney and his Assistant United States Attorney David C. Kiebler, counsel for the United States of America; and Lisa A. Rasmussen, Esq., of The Law Offices of Kristina Wildeveld & Associates, counsel for Jacques Lanier, as follows:

1. That the Sentencing hearing presently scheduled for March 26, 2024 at 11:00 am., is not feasible for the defense as Ms. Rasmussen was recently appointed to represent Mr. Lanier. Additionally, Ms. Rasmussen's appointment was made because Mr. Lanier sent correspondence to the Court indicating that he wished to withdraw his plea.

2. Ms. Rasmussen requests sufficient time to meet and confer with Mr. Lanier as to his options and his best interests and doing this requires an understanding of the history of the

1. case and review of the discovery and pleadings on file in this matter. In other words, the consultation and advice on this issue requires preparation and a thorough review.

3. This case was also recently transferred to this Court and sentencing set for March 26, 2024.

4. The defense is requesting a 90 day extension of time for sentencing and the government is not opposed to this request.

5. This request is not made for the purpose of delay, but rather to enable Ms. Rasmussen to thoroughly review the discovery, the prior pleadings in this case, to meet with Mr. Lanier and advise him on his options and then to either (a) prepare for sentencing or (b) file a motion to withdraw his plea.

6. This is the first request to continue the sentencing date and neither party is prejudiced by the requested extension, whereas denial of the request would cause prejudice to both parties.

Dated: March 14, 2024

| The LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES, | JASON FRIERSON, UNITED STATES ATTORNEY |
|---|---|
| /s/ Lisa A. Rasmussen | /s/ David C. Kiebler |
| BY:   LISA A. RASMUSSEN, ESQ. Counsel For Jacques Lanier | BY:   DAVID C. KIEBLER, AUSA Counsel for United States |

**ORDER**

Upon the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the sentencing hearing presently scheduled for March 26, 2024 at 11:00 a.m. is vacated and rest to June 28, 2024 at 9:15 a.m.

IT IS SO ORDERED.

Dated: March 15, 2024

_____
The Honorable Richard F. Boulware
United States District Judge

-3-