LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

KAREN A. CONNOLLY, ESQ.
**KAREN A. CONNOLLY, LTD.**
Nevada Bar No. 4240
6600 W. Charleston Blvd., Suite 124
Las Vegas, NV 89146
Telephone: (702) 678-6700; Facsimile: (702) 678-6767
Email: Advocate@kconnollylawyers.com; executiveassistant@kconnollylaweyers.com

*Attorneys for Defendant JACQUES LANIER*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JACQUES LANIER, <br><br> Defendant. | Case No.: 2:19-CR-327 RFB-DJA <br><br> **STIPULATION TO EXTEND GOVERNMENT'S DEADLINE TO RESPOND TO MOTION TO APPOINT NEUTRAL THIRD PARTY** |

COMES NOW the parties, Defendant Jacques Lanier, by and through his counsel, Lisa Rasmussen, Esq. of the law firm McLetchie Law, and Karen A. Connolly of Karen A. Connolly, Ltd. and the government, by and through its counsel, AUSA David Kiebler, and hereby stipulate as follows:

    1.    Mr. Lanier filed a motion to appoint a neutral third party to review certain evidence on November 25, 2024.  ECF 362.

1

2. The parties stipulated on December 6, 2024 to extend the government's time to respond to the Motion. ECF 367.

3. This Court approved the Stipulation on December 9, 2024. ECF 369.

4. Another stipulation was entered on December 16, 2024, after the parties met and conferred (ECF 371) and that stipulation was also approved (ECF 372.)

5. As the extension of time was nearing its end, the parties neglected to get another stipulation filed and the government filed a motion to extend its deadline to respond. (ECF 374.)

6. Mr. Lanier is not opposed to the requested extension of time, he needs to acquire some additional information that defense counsel are working on.

7. Because the information Mr. Lanier seeks will likely take approximately 60 days to acquire, the parties stipulate that the government should be permitted to file its response to ECF 362 on or before May 9, 2025.

**IT IS SO STIPULATED.**

DATED this 12th of March, 2025.

MCLETCHIE LAW

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
NV. Bar No. 7491
*Counsel for Jacques Lanier*

SUE FAHAMI
Acting United States Attorney

/s/ David Kiebler
By: AUSA David Kiebler
*Counsel for the United States of America*

2

**ORDER**

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the government may have until May 9, 2025 to respond to the Defendant's Motion filed at ECF 362.

IT IS FURTHER ORDERED that the government's Motion to Extend time, filed at ECF 374 is HEREBY DENIED as moot in light of the stipulation and this Order approving the same.

Dated: ___3/13/2025___



_____
The Honorable Richard F. Boulware
U.S. District Judge

3