KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Suite 124
Las Vegas, NV 89146
Telephone: (702) 678-6700; Facsimile: (702) 678-6767
Email: Advocate@kconnollylawyers.com

LISA A. RASMUSSEN
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Facsimile: (702) 425-8220
Email: Lisa@nvlitigation.com; efile@nvlitigation.com

*Attorneys for Defendant JACQUES LANIER*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACQUES LANIER,<br><br>Defendant. | Case No.: 2:19-CR-327 RFB-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |
|---|---|

It is stipulated and agreed, by and between Lisa A. Rasmussen, of McLetchie Law, and Karen A. Connolly, of Karen A. Connolly Ltd., counsel for Jacques Lanier; and Assistant United States Attorney David C. Kiebler, counsel for the United States of America, that the Status Conference hearing presently scheduled for August 5, 2025 at 1:30 p.m. be continued to a date not earlier than August 18, 2025, excluding the 18th 9 a.m. to 11 a.m., and August 22nd. The basis for this stipulation is as follows:

1. Lisa A. Rasmussen, counsel for Jacques Lanier, is unavailable on August 5th due to an ongoing previously scheduled capital murder trial.

2. Karen A. Connolly, co-counsel for Jacques Lanier, is unavailable on August 5th due to a previously scheduled trial in family court.

3. This stipulation is not made for the purpose of delay, but rather due to an unavoidable scheduling conflict.

4. For each of these reasons, the parties agree that the Status Conference hearing should be continued to a date not earlier than August 18, 2025, excluding the 18th 9 a.m. to 11 a.m., and August 22nd.

Dated this 31st day of July 2025.

| MCLETCHIE LAW | SIGAL CHATTAH, <br> UNITED STATES ATTORNEY |
|---|---|
| /s/ Lisa A. Rasmussen <br> LISA A. RASMUSSEN | /s/ David C. Kiebler <br> DAVID C. KIEBLER, AUSA <br> *Counsel for United States* |
| **KAREN A. CONNOLLY, LTD.** | |
| /s/ Karen A. Connolly <br> KAREN A. CONNOLLY <br> **KAREN A. CONNOLLY, LTD.** <br> *Counsel for Defendant Jacques Lanier* | |

2

## ORDER

Upon the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the Status Conference hearing presently scheduled for August 5, 2025 at 1:30 p.m. is vacated and reset August 18, 2025 at 12:15 p.m.   .

IT IS SO ORDERED.

DATED: August 1, 2025



_____
The Honorable Richard F. Boulware
United States District Judge