Jacob B. Lee
Nevada Bar No. 012428
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.:  (480) 420-1600
Fax:  (480) 420-1695
jlee@strucklove.com

James E. Harper
Nevada Bar No. 9822
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
eservice@harperselim.com

*Attorneys for Non-Party CoreCivic, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00327-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL** |
| JACQUES ANTON LANIER, | |
| Defendant. | |

Pursuant to LR IA 11-6(c), Non-Party CoreCivic, Inc. (hereafter, "CoreCivic"), withdrawing counsel of record, Gina G. Winspear, and newly appearing counsel, James E. Harper, stipulate to Ms. Winspear's withdrawal and Mr. Harper's substitution as local counsel for CoreCivic. Jacob B. Lee of Struck Love Acedo, PLC shall continue as counsel for CoreCivic.

/ / /

/ / /

/ / /

## CLIENT CONSENT

CoreCivic consents to the substitution of Mr. Harper as local counsel in this action.

By _____

Tom Shaw, Assistant General Counsel, on behalf of CoreCivic

DATED this 9th day of January 2026.

STRUCK LOVE ACEDO, PLC


By /s/ Jacob B. Lee

Jacob B. Lee
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
jlee@strucklove.com

*Attorneys for Non-Party CoreCivic, Inc.*


By /s/ James E. Harper *(with permission)*

James E. Harper
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperselim.com


*Newly Appearing Attorney for Non-Party CoreCivic, Inc.*


By /s/ Gina G. Winspear *(with permission)*

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
GWinspear@dennettwinspear.com

*Withdrawing Attorney for Non-Party CoreCivic, Inc.*


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____1/14/2026_____

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 9, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Steven J. Rose          Steven.Rose@usdoj.gov
Lauren Ibanez           lauren.ibanez@usdoj.gov

*Counsel for Plaintiff United States of America*

Karen A. Connolly       advocate@kconnollylawyers.com
Lisa A. Rasmussen       lisa@nvlitigation.com

*Counsel for Defendant Jacques Lanier*


I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ E. Percevecz

4