James E. Harper, Esq.
Nevada Bar No. 9822
**HARPER WIXOM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 252-5002
Fax:     (702) 252-5006
Email: eservice@harperwixom.com
*Attorneys for Non-Party Corecivic, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00327-RFB-DJA |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF FIRM NAME** |
| JACQUES ANTON LANIER, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned counsel of record for Corecivic, Inc. in this matter has changed the firm name from HARPER | SELIM to HARPER WIXOM. As a result, the firm's telephone number and email addresses have changed.  The mailing address remains unaffected by this change.

/ / /

/ / /

/ / /

/ / /

1

The new contact information is as follows:

> James E. Harper, Esq.
> Nevada Bar No. 9822
> HARPER WIXOM
> 1935 Village Center Circle
> Las Vegas, NV 89134
> Phone:  (702) 252-5002
> Fax:     (702) 252-5006
> Email: eservice@harperwixom.com

DATED this 3rd day of March, 2026.

HARPER WIXOM

James E. Harper, Esq.
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, NV 89134

2

**HARPER | WIXOM**
CIVIL AND COMMERCIAL ATTORNEYS

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HARPER WIXOM and that on the 4th day of March 2026, the foregoing **Notice of Change of Firm Name** was served upon the parties via the Court's CM/ECF Filing and service program as follows:

Steven J. Rose          Steven.Rose@usdoj.gov
Lauren Ibanez           lauren.ibanez@usdoj.gov

*Counsel for Plaintiff United States of America*

Karen A. Connolly advocate@kconnollylawyers.com
Lisa A. Rasmussen lisa@nvlitigation.com

*Counsel for Defendant Jacques Lanier*

_____
An Employee of
HARPER WIXOM

3